IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Bobby Edward Gilbert, | : |
| Plaintiff(s), | : |
| vs. | : Case Number: 1:18cv653 |
| Commissioner of Social Security, | : Judge Susan J. Dlott |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on March 9, 2020 a Report and Recommendation (Doc. 14). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 15) and the defendants filed a response to the objections (Doc. 17).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, upon review by the Court, the decision of the defendant is found to be SUPPORTED by SUBSTANTIAL EVIDENCE and is AFFIRMED.

This case is hereby TERMINATED from the docket of this Court.

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court